NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CLASSEN IMMUNOTHERAPIES, INC.,**
*Plaintiff-Appellant,*

**v.**

**SOMAXON PHARMACEUTICALS,**
*Defendant-Appellee.*

---

2013-1405

---

Appeal from the United States District Court for the Central District of California in No. 12-CV-6643, Judge Gary Feess.

---

**JUDGMENT**

---

JOSEPH J. ZITO, DNL ZITO, of Washington, DC, argued for plaintiff-appellant. With him on the brief was BENJAMIN C. DEMING, of Los Angeles, California.

LISA J. PIROZZOLO, Wilmer Cutler Pickering Hale and Dorr, LLP, of Boston, Massachusetts, argued for defendant-appellee. With her on the brief were MARK C. FLEMING, and DAVID A. MANSPEIZER, of New York, New York.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, DYK, and MOORE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 January 17, 2014        /s/  Daniel  E.  O'Toole
Date             Daniel E. O'Toole
                     Clerk of Court